AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

United States of America )
v. )
)
)
John DeFalco )  19 CR 472 (PAC)
*Defendant* )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 12
DATE FILED: JUN 2 7 2019

## APPEARANCE BOND

### Defendant's Agreement

I, _____John DeFalco_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ☒ ) to appear for court proceedings;
( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or
( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☒ ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ __500,000.00__ .

( ☐ ) (3) This is a secured bond of $ _____ , secured by:

    ( ☐ ) (a) $ _____ , in cash deposited with the court.

    ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

    _____

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

    _____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: June 27, 2019

_____    John DeFalco
*Surety/property owner – printed name*    *Surety/property owner – signature and date*
       Colleen DeFalco

BERNARD JOAQUIN    X  Bernard  7-2-19
*Surety/property owner – printed name*    *Surety/property owner – signature and date*


_____    _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

CLERK OF COURT

Date: June 27, 2019

_____
*Signature of Clerk or Deputy Clerk –*

Approved.

Date: June 27, 2019

_____
*AUSA THOMAS MCKAY signature –*

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

United States of America )
v. )
) Case No. **19 CR 472**
**John DeFalco** )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                        *Custodian*                      *Date*

( ☒ ) (7) The defendant must:
    ( X ) (a) submit to supervision by and report for supervision to the **PRETRIAL SERVICES AS DIRECTED**,
             telephone number _____, no later than _____.
    (   ) (b) continue or actively seek employment.
    ( ☐ ) (c) continue or start an education program.
    ( ☒ ) (d) surrender any passport to: **PRETRIAL SERVICES**
    ( ☒ ) (e) not obtain a passport or other international travel document.
    ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel: **DNJ AND POINT BETWEEN NECESSARY FOR TRAVEL TO THE SDNY & EDNY FOR COURT ONLY OR PREAPPROVED MEETINGS WITH COUNSEL**
    ( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
    ( ☐ ) (h) get medical or psychiatric treatment: _____
    ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
    ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    ( X ) (k) not possess a firearm, destructive device, or other weapon.
    ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
    ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    (   ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    (   ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( X ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
        ( ☒ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
    ( ☒ ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
        ( ☐ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
    ( ☐ ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

## ADDITIONAL CONDITIONS OF RELEASE

( ☒ ) (s) $500,000.00 PRB; CO-SIGNED BY 2 FRP'S (SIGNATURES DUE BY 7/3/19); SURRENDER OF TRAVEL DOCUMENTS AND NO NEW APPLICATIONS; TRAVEL LIMITS INCLUDE THE DNJ AND POINT BETWEEN NECESSARY FOR TRAVEL TO THE SDNY & EDNY FOR COURT ONLY OR PREAPPROVED MEETINGS WITH COUNSEL; SHALL NOT POSSESS A FIREARM/DESTRUCTIVE DEVICE OR DANGEROUS WEAPONS; NO COMMUNICATION WITH VICTIMS OR WITNESSES OUTSIDE THE PRESENCE OF COUNSEL; PRETRIAL SUPERVISION AS DIRECTED; REFRAIN FROM EMPLOYMENT BY/ANY ACTIONS ON BEHALF OF LOCAL 157; STEP ASIDE AS DELEGATE TO DISTRICT COUNSEL IF APPLICABLE; MAY BE RELEASED ON OWN SIGNATURE TODAY WITH ALL CONDITIONS TO BE MET BY JULY 3, 2019 EXCEPT LANDLINE TO BE INSTALLED BY JULY 11, 2019; HOME DETENTION BUT MAY ATTEND DAUGHTERS GRADUATION; MAY NOT MAINTAIN/USE CELLPHONE EXCEPT AS DIRECTED BY PRETRIAL SERVICES. *** BAIL CONDITIONS MODIFIED BY USMJ COTT ON 9/12/2019: The conditions of release are modified such that the defendant is to have no communication with victims or witnesses outside the presence of counsel, including no contact or communication with anyone affiliated with, or who is a member of, Local 926 or Local 157. Defendant is permitted to use a single cell phone and that cell phone number must be registered with PreTrial Services (and/or reconfirmed with PTS). As set forth on the record, Defendant's application to modify his bail conditions is denied without prejudice to renewal. *** BAIL CONDITIONS MODIFIED BY USDJ CROTTY ON 11-05-2019: That the defendant's Conditions of Release are modified as follows: 1. Defendant is permitted to relocate from his home in Brick, N.J. to his home located at 1053 Luhmann Terrace, Secaucus, N.J.; 2. Defendant is removed from home confinement with electronic monitoring and placed on a curfew with electronic monitoring; 3. Defendant's curfew will permit him to be out of his home from 4 a.m. until 10 p.m. Monday-Sunday; and 4. All other conditions will remain in effect.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:    **John DeFalco    19 CR 472    June 27, 2019**

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

DEFENDANT RELEASED

_____
John DeFalco

_____
*City and State*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____    _____
*Judicial Officer's Signature*

_____
*Printed name and title*



Southern District of New York

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

Eastern District of New York

Brooklyn (Kings County)
Queens (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)

DOCKET No. 19 CR 472　　　　　　　　　　DEFENDANT John DeFalco

AUSA Jerrod Schaeffer　　　　　　　　　DEF.'S COUNSEL Robert Stahl
　　　　　　　　　　　　　　　　　　　　☑ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED
　　　　　　　　　　　　　　　　　　　　☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5　☐ Rule 9　☐ Rule 5(c)(3)　☐ Detention Hrg.　　DATE OF ARREST _____　☐ VOL. SURR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIME OF ARREST _____　☐ ON WRIT
☑ Other: Bail Hearing　　　　　　　　　　　　　　　　　TIME OF PRESENTMENT _____

**BAIL DISPOSITION**　　P.R. 1.5 Hours(?)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE　　☐ DETENTION: RISK OF FLIGHT/DANGER　☑ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB　☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:　☐ REGULAR　☐ STRICT　☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS　☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION　☐ HOME DETENTION　☐ CURFEW　☐ ELECTRONIC MONITORING　☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT　[OR]　☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
　　　　　　　　　　　　　　　　　　　　　　　　; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Bail revocation hearing held. Government's application for the revocation of bail is denied for the reasons set forth on the record. The conditions of release are modified such that the defendant is to have no communication with victims or witnesses outside the presence of counsel, including no contact or communication with anyone affiliated with, or who is a member of, Local 926 or Local 157. Defendant is permitted to use a single cell phone and that cell phone number must be registered with PreTrial Services (and/or reconfirmed with PTS). As set forth on the record, Defendant's application to modify his bail conditions is denied without prejudice to renewal.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY　　　　　　☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED　　　　　　　　　　　☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED　　　　　☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____　　☐ ON DEFENDANT'S CONSENT

DATE: 9/12/2019　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE　　PINK – U.S. ATTORNEY'S OFFICE　　YELLOW – U.S. MARSHAL　　GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN DEFALCO | HON. PAUL A. CROTTY<br><br>Crim. No. 19-CR-472 (PAC)<br><br>**CONSENT ORDER** |

UPON application of the defendant John DeFalco, Robert G. Stahl, Esq., appearing, and without objection by the United States Attorney Geoffrey S. Berman (AUSAs Thomas McKay and Jarrod L. Schaeffer appearing), and with the consent of Pretrial Services,

IT IS ON this 5th day of November, 2019, **Ordered that:**

That the defendant's Conditions of Release are modified as follows:

1. Defendant is permitted to relocate from his home in Brick, N.J. to his home located at 1053 Luhmann Terrace, Secaucus, N.J.;

2. Defendant is removed from home confinement with electronic monitoring and placed on a curfew with electronic monitoring;

3. Defendant's curfew will permit him to be out of his home from 4 a.m. until 10 p.m. Monday-Sunday; and

4. All other conditions will remain in effect.

**SO ORDERED.**          11/5/19          /s/ Paul A. Crotty

HON. PAUL A. CROTTY,
UNITED STATES DISTRICT COURT