```
J7aWtagC
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

          v.                             19 Cr. 472 (PAC)

SALVATORE TAGLIAFERRO,
     a/k/a "Sal,"
and JOHN DEFALCO,
     a/k/a "Cigars,"

                Defendants.
                                         Conference
------------------------------x

                                         New York, N.Y.
                                         July 10, 2019
                                         11:45 a.m.


Before:

                    HON. PAUL A. CROTTY,

                                         District Judge

                        APPEARANCES

GEOFFREY S. BERMAN
     United States Attorney for the
     Southern District of New York
BY:  JARROD L. SCHAEFFER
     THOMAS A. McKAY
     Assistant United States Attorneys

RICHARD H. ROSENBERG
     Attorney for Defendant Tagliaferro

ROBERT G. STAHL
     Attorney for Defendant DeFalco
```

J7aWtagC

1              (Case called)
2              MR. SCHAEFFER:  Good morning, your Honor.  Jarrod
3     Schaeffer and Tom McKay, for the government.
4              THE COURT:  Mr. Schaeffer, Mr. McKay, how are you?
5              Defendants.
6              MR. ROSENBERG:  Good morning, your Honor.  Richard
7     Rosenberg, for Salvatore Tagliaferro, seated alongside me.
8              THE COURT:  Good morning, Mr. Rosenberg.
9              Mr. Tagliaferro, how are you?
10             DEFENDANT TAGLIAFERRO:  Very good.  Good morning, your
11    Honor.
12             THE COURT:  Good morning.
13             MR. STAHL:  Good morning, your Honor.  Robert Stahl,
14    on behalf of John DeFalco, who is seated at counsel table.
15             THE COURT:  OK, Mr. Stahl.
16             Mr. DeFalco, how are you?
17             DEFENDANT DEFALCO:  Very good.
18             MR. STAHL:  Thank you, your Honor.
19             THE COURT:  What's the purpose of today's meeting, Mr.
20    Schaeffer?
21             MR. SCHAEFFER:  The defendants were arrested and
22    presented on June 27, 2019.  They still need to be arraigned on
23    the indictment and an initial conference.
24             THE COURT:  OK.
25             Mr. Tagliaferro and Mr. DeFalco, have you seen a copy

J7aWtagC

1  of the indictment?
2          DEFENDANT TAGLIAFERRO:  Yes, your Honor.
3          DEFENDANT DeFALCO:  Yes, your Honor.
4          THE COURT:  Have you had a chance to consult with your
5  attorneys about it?
6          DEFENDANT TAGLIAFERRO:  Yes, your Honor.
7          DEFENDANT DeFALCO:  Yes, your Honor.
8          THE COURT:  Do you want me to read the indictment to
9  you, or do you waive the reading?
10          DEFENDANT TAGLIAFERRO:  I will waive my reading.
11          DEFENDANT DeFALCO:  I'll waive mine as well.
12          THE COURT:  Do you want to enter your plea now, Mr.
13  Tagliaferro?
14          DEFENDANT TAGLIAFERRO:  Innocent, your Honor.
15          THE COURT:  OK.  Not guilty.
16          Mr. DeFalco.
17          DEFENDANT DeFALCO:  Not guilty, sir.
18          THE COURT:  Not guilty.
19          Pleas of not guilty will be entered.
20          All right.  What discovery do you have?
21          MR. SCHAEFFER:  The discovery in this case, your
22  Honor, is generally very voluminous.  We've discussed with
23  defense counsel, and the Court has already entered a protective
24  order to which all parties have consented.  The government has
25  also just produced to defendants approximately 10,000 pages of

J7aWtagC

1	discovery.  We are in the process of assembling additional
2	rolling productions.  It generally consist of bank records,
3	communications, subpoena returns, things like that.
4	          The issue that takes a little bit longer to process,
5	review and produce is electronic discovery of which there is a
6	lot in this case.
7	          THE COURT:  Do I understand the discovery to be
8	wiretaps?
9	          MR. SCHAEFFER:  No, there are no wiretaps in the case,
10	your Honor.  It's mostly iCloud images, phone images, things of
11	that nature.
12	          We've discussed with defense counsel securing names of
13	counsel whom the defendants may have retained at other points
14	and are in the process of beginning a privilege review.  We
15	expect that that will take a few weeks since there is a
16	significant amount of data.  Following that we will do our
17	responsiveness review, which will also take a few weeks.
18	          In the meantime, of course, we would make rolling
19	production to the individual defendants.
20	          THE COURT:  What's your best estimate, Mr. Schaeffer,
21	as to when the production will be completed?
22	          MR. SCHAEFFER:  We think with rolling production, it's
23	approximately 60 days, your Honor.
24	          THE COURT:  Mr. Rosenberg.
25	          MR. ROSENBERG:  Yes, your Honor.

1              As a matter of fact, counsel was conferring outside
2    before court commenced, and we -- counsel, cocounsel and I --
3    get the impression that this is, as Mr. Schaeffer indicates to
4    the Court, a voluminous discovery case.  We would think, your
5    Honor, that a reasonable date to come back, at least we'd have
6    a chance to start going through the process of reviewing the
7    first at least 10,000 pages, is possibly to come back here in
8    mid-September or so and see where we stand.
9              THE COURT:  Mr. Stahl.
10             MR. STAHL:  I agree, your Honor.  I think that's a
11   reasonable approach to this.
12             THE COURT:  Sometime in mid-September?
13             MR. STAHL:  Yes, your Honor.
14             THE COURT:  David.
15             THE DEPUTY CLERK:  Tuesday, September 17 at 12 noon.
16             THE COURT:  How does that sound?
17             MR. ROSENBERG:  September 17?
18             MR. SCHAEFFER:  Fine for the government, your Honor.
19             THE COURT:  September 17.
20             MR. ROSENBERG:  It's OK with Mr. Tagliaferro.
21             MR. STAHL:  That's fine, your Honor.  Thank you.
22             THE COURT:  September 17 at high noon.
23             Anything else?
24             MR. ROSENBERG:  Just briefly, your Honor.
25             I sat with Pretrial Officer Pompey after the

J7aWtagC

presentment on June 27.  In her pretrial services report, as she indicated to me at that post-appearance interview with Mr. Tagliaferro, she omitted to recommend web reporting only, although that is her recommendation, and I'm relating it to you.  So, I would be seeking a modification of his bail conditions.  Right now he appears once monthly in person and web reporting weekly, but I would be seeking that modification, with --

THE COURT:  The modification is what, Mr. Rosenberg?

MR. ROSENBERG:  Web reporting only, instead of in person, and that was her recommendation.

THE COURT:  And you say that's her recommendation?

MR. ROSENBERG:  That was her recommendation.

THE COURT:  Why don't you have her write me a letter.  It will be a lot easier.

MR. ROSENBERG:  I will do that, Judge.  Thank you, your Honor.  And I will copy certainly Ms. Pompey and the government.

THE COURT:  The government.

MR. ROSENBERG:  Yes.

THE COURT:  OK.  You do that, and I'll sign the order right away modifying the bail conditions.

MR. ROSENBERG:  Thank you.

THE COURT:  Do you have anything, Mr. Stahl?

MR. STAHL:  Not at this time, your Honor.

J7aWtagC

1  THE COURT:  Do you want to exclude time through
2  September the 17th?
3  MR. SCHAEFFER:  Yes, your Honor.
4  THE COURT:  OK.
5  MR. ROSENBERG:  Without objection.
6  MR. STAHL:  No objection.
7  THE COURT:  For the reasons stated, the time between
8  now and our next meeting, on September 17, time will be
9  excluded.  It's in the interests of justice to do so.  Those
10  interests outweigh the interests of the public and the
11  defendant in a speedy trial.
12  If there's nothing else, I'll see you in September.
13  I'll be around most of the summer, so if you need intervention
14  before then, let me know.
15  MR. SCHAEFFER:  Thank you, your Honor.
16  MR. ROSENBERG:  Thank you, your Honor.
17  MR. STAHL:  Thank you, your Honor.
18  (Adjourned)
19
20
21
22
23
24
25