IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN DEFALCO | HON. PAUL A. CROTTY<br><br>Crim. No. 19-CR-472 (PAC)<br><br>**CONSENT ORDER** |

UPON application of the defendant John DeFalco, Robert G. Stahl, Esq., appearing, and without objection by the United States Attorney Geoffrey S. Berman (AUSAs Thomas McKay and Jarrod L. Schaeffer appearing), and with the consent of Pretrial Services,

IT IS ON this 13 day of December, 2019, **Ordered that**:

That the defendant's Conditions of Release are modified as follows:

1. Defendant is removed from the curfew with electronic monitoring;
2. Defendant's travel restrictions are extended to permit travel to Connecticut; and
3. All other conditions will remain in effect.

**SO ORDERED.**

_____
HON. PAUL A. CROTTY,
UNITED STATES DISTRICT COURT