

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 16, 2020

**By ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Tagliaferro, et al.*, **19 Cr. 472 (PAC)**

Dear Judge Crotty:

    Pursuant to the Court's direction at the pretrial conference held on September 16, 2020, the Government writes to provide an update as to whether defendant Salvatore Tagliaferro's motion to sever his trial from that of co-defendant John DeFalco needs to be adjudicated. Since that conference, the Government has extended a plea offer to Mr. DeFalco, which expires on October 29, 2020. Accordingly, the Court need not adjudicate the severance motion at this time. The Government will provide further updates as directed.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney
    Southern District of New York

By:    */s/*
    Thomas A. McKay / Jarrod L. Schaeffer
    Assistant United States Attorneys
    Tel: (212) 637-2268 / 2270

cc:  Counsel of Record (via ECF)