<div style="text-align:center">

LAW OFFICE OF

# MICHAEL K. BACHRACH

224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
\-\-\-\-\-\-\-\-\-\-\-\-\-\-
TEL. (212) 929-0592 • FAX. (866) 328-1630

</div>

MICHAEL K. BACHRACH *       http://www.mbachlaw.com
* admitted in N.Y., MN and D.C.      michael@mbachlaw.com

<div style="text-align:center">November 5, 2020</div>

**By ECF and Email**

The Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> 11/6/2020
> A teleconference is scheduled for Monday, November 9 at 3:30 PM.
> Dial-in: 888-363-4749.
> Access: 8539662. SO ORDERED.
>
> *[signed] Paul A. Crotty*

<div style="text-align:center">

*Re: United States v. Tagliaferro, et al.*
*19 Cr. 472 (PAC)*

</div>

Dear Judge Crotty:

     We write, jointly with the Government, to request a telephone conference at the Court's earliest convenience. A telephone conference is needed to address an issue that the Government has just brought to the defendant's attention, which the parties believe could likely impact the scheduling of Mr. Tagliaferro's trial.

     If possible, the parties jointly request a telephone conference be scheduled for tomorrow, November 6, 2020, or as early next week as possible. (The only times that counsel are *not* available for a call would be tomorrow between 11:30 a.m. – 1:00 p.m., and Monday between 9:00 a.m. – 12:30 pm.)

     Thank you for your time and consideration.

<div style="margin-left:50%">

Respectfully submitted,

/S/

Michael K. Bachrach
Richard H. Rosenberg
*Attorneys for Defendant Salvatore Tagliaferro*

</div>

cc:      AUSA Thomas McKay (by ECF and Email)
            AUSA Jarrod Schaeffer (by ECF and Email)