# EXHIBIT A



5 Westchester Plaza Suite 137
Elmsford, NY 10523
(914) 674-4091 Fax (914) 674-4094

August 31, 2022

**To:** Honorable Paul A. Crotty
United States District Judge
500 Pearl Street
New York, NY   10007-1312

**Re:** John De Falco

Dear Honorable Judge Paul Crotty,

I am Sotirios Mikros, the Senior Job Superintendent at Dolphin Construction Management, LLC. I met John Di Falco in August of 2019 when my company sent John to my job site. John was sent to work directly for me and we have worked together side-by-side for the past three years. In that time, he has earned my respect as a journeyman carpenter as he has become my right-hand man. We have worked together on multiple projects and John has always proven himself to be knowledgeable, responsible, dependable and respectful.

On a personal level, John has become a dear friend to me, and a loyal one as well. John, for the past year, has gone out of his way on a daily basis to drive from his residence in New Jersey, pick me up at my home in Queens, and then drive me to the jobsite. At the end of the day, he drives me from the jobsite, to my home in Queens and then drives himself home to his residence in New Jersey due to the fact that I have Multiple-Sclerosis, and Trigeminial Neuralgia and the possibility of an unpredictable flare-up due to the nature of both conditions leaves me unable to drive. I don't know many people that would go out of their way like this for so long. He still continues to do so, to this day.

John has been, and remains a loyal friend to me, as well as an asset to my work team.

If you need anything further, please do not hesitate to contact me.

Regards,

*Sotirios Mikros*

Sotirios Mikros
Senior Job Superintendent

# EXHIBIT B

Hon. Paul A. Crotty
United States District Judge
500 Pearl Street
New York, NY 10007

Dear Your Honor Crotty,

I would like to introduce myself, my name is Daniel John Zotollo. I recognize that John has a situation that hopefully and praying he can put it in the past. I have known John for over 30 years as a good friend and a worker. We have done many projects together. I had owned a fitness gym in which he had donated some of his time to help build and get it opened up. I never experience John to do something out of the ordinary to get himself in trouble in a situation like this.

I truly know this was a mistake and totally out of his character. As far as I've known John he has been a straight honest and caring person.

A person that would give his shirt off his back, a person who has always been very generous and a great family man who cares deeply about his two daughters.

John is a hard worker that was never late and seldom out of work. He is a very much involved father. I am hoping you can take this into consideration and find another way for a different sentence other than jail time because his daughters would be devastated.

Sincerely,

Daniel Zotollo

# EXHIBIT C

Hon.Paul A Crotty
United States District Judge
500 Pearl Street
New York,New York 10007


My name is Jordyn DeFalco, the oldest daughter of John DeFalco. Being the daughter of John

DeFalco is something I am often proud to acknowledge. I feel that I have inherited his work

ethic, determination, and sympathy for others. His true character is something that has not been

accurately reflected throughout this trial. My Father has always been the type of person who

wants the best for not only his family but everyone around him. Ever since I was a child my Dad

would work countless hours because "he never wanted his kids to do without like he did". That

was something that has always stuck with me, that sentence that left his mouth very often was

one of the reasons I never give up on my career path even when it gets tough. My sister and I

never did without. I currently attend my dream school at Sacred Heart University. Without my

Dad, I probably would have never even thought about going to SHU. I am fortunate enough that

my Dad funds my tuition so that after college I will not have to worry about student loans and

can have a fresh start once I leave college. I often worry about what my life would be like if my

father was sent off to prison. Not only would he suffer but my whole family would as well. My

Mother would not be able to financially support the life we live, three car payments, two

children's tuition, rent on my sister and I's college homes, and rent for her own home as well. I

fear that my mother will put our needs before her own and fall behind. It saddens me that he may

not be able to attend events like my senior day and college graduation. My father has already

missed my freshman college move-in, my first college competition, and my sister's high school

events due to his 6-month incarceration. John Defalco is a proud father, a hard-working man, a

son, an uncle, a godfather, and a man anyone would be lucky to have in their corner. He is

someone who would welcome anyone into his home. He's someone who would help anyone around him. He's someone who puts others first. He's someone who treats friends like family. Although my father has pleaded guilty to specific crimes I can affirm that he is sorry and would move forward displaying acts of a good citizen. It has been a difficult and emotional time that my father has gone through. My father has continuously lost sleep with the thought of not getting to witness my or my sister's milestones. A part of me also lost sleep after absorbing the fact that possibly my father may not see me graduate or even walk me down the aisle one day. I hope with careful consideration to whom this letter is addressed to that you too can see the man my father truly is. Thank you.

# EXHIBIT D

# Law Offices of Thomas D. Gearon, P.C.

580 Fifth Ave., Suite 580 New York, NY 10036  |  185 Montague St., Suite 1201 Brooklyn, NY 11201

Tel: 212-330-7617  |  Fax: 212-330-7618

Email: tgearonlaw@gmail.com  |  www.GearonLaw.net

August 31, 2022

Hon. Paul A. Crotty
United States District Judge
500 Pearl Street
New York, NY 10007

Your Honor:

I respectfully submit this letter as a character reference on behalf of my client and friend Mr. John Defalco, who is before the court for sentencing.

I have known John for the better part of seven years. In 2017 I served as campaign counsel in a union election in which John was a candidate. During that campaign, I had an opportunity to see John at union meetings and to meet with members and union leaders who had worked with him for years. In fact, seeing John work with the members brought back bittersweet memories of the importance of unions and union leaders to members' families. As the son of a union ironworker, I witnessed first-hand the lengthy layoffs and the hardship construction work can cause to families. I will never forget the look on my mother's face when my father would return from the union hall in the 70's with no work. My mother always knew that she would have to  make less go farther for her kids. My experience with John and conversations with many union members he helped has demonstrated to me that he always took seriously the needs of members and their families.

I cannot state too strongly my impressions of the warmth, gratitude and genuine affection members had for John. There is no question in my mind that their feelings were a direct consequence of his efforts throughout his 30 years with the union. He helped countless men and women get good paying union jobs, which in turn allowed those members to feed and educate their families with dignity. The feelings of the members for John reflected that dedication.

I do not mean to ignore the fact that John has committed a serious wrong, one which he has acknowledged and for which he has accepted responsibility. He will have to live with the consequences of his decisions and acts for the rest of his life, through loss of reputation and through the loss of dozens of friendships formed over the past thirty years. Union construction members are creatures of habit traveling in the same circles, reporting to work on time, and congregating at union meetings to discuss work and family. John no longer shares in that life or camaraderie, and that loss is to a great extent a punishment for his crime.

Having been a police officer before going to law school, so I have seen many good people do stupid things, sometimes bad things. As your Honor knows, temptation sometimes

causes good people to succumb to evil. I understand that John has realized his wrongs and has attempted to make amends by accepting his guilt and cooperating with the authorities. I also know the Federal sentencing guidelines provide for a potentially heavy sentence for John. I hope the Court will find John's lifetime of helping union workers a significant factor in giving him a second chance by imposing the minimum sentence so that he may continue to rehabilitate his life and be with his two daughters.

Respectfully submitted,

Thomas D. Gearon

# EXHIBIT E

March 30, 2022

Dear Judge Croty,

My name is Colleen DeFalco. I have been married to John DeFalco for 28 years and we have two daughters and three dogs

Our oldest daughter Jordyn is a senior at Sacred Heart University in Fairfield CT and applying to graduate schools for physical therapy/sports medicine she is a member of the SHU equestrian team.

Gianna is a sophomore at John Jay College of Criminal Justice In New York and is on the cheer team.

John has supported both our girls in their team sports and to encourages them pursue their goals in life. Since I can remember John has worked tirelessly to financially support our daughters in their education and activities.

Like most marriages we have had our ups and downs. We divorced briefly in 2017 but reconciled one year later. We had encountered a financial hardship at that time which was tough on our family which caused a lot of stress and anxiety.

John has always been hard working family man and a good kind considerate person who puts others needs before his own. There are many times where John would work 7 days a week and will never take a day off even if he is not feeling well.

He is dedicated and kind and willing to help anyone in need.

John has helped numerous amounts of people that needed help to repair their homes that financially could not afford it at no charge.

John has expressed deep regret for his actions everyday. I have no doubt that he has learned from this and will continue to be a better person.

Sincerely,

Colleen DeFalco

# EXHIBIT F

**Belleville Police Department**
TOWNSHIP OF BELLEVILLE
152 WASHINGTON AVENUE, BELLEVILLE, NEW JERSEY 07109

Mark Minichini
TELEPHONE (973)450-3333                                    Patrol
Chief of Police
Division

Angelo S. Quinn
Sergeant Belleville Police Department
104 Mountainview Avenue
Nutley, NJ 07110
973-986-5695
ASQ171@YAHOO.COM

September 13, 2019
Your Honor:

I am writing this letter to the court today on behalf of my dear friend John DeFalco. I am 44 years of age and have known John personally for the past 29 years. I have known him as both a personal dear friend and in a professional manner. I see him on a regular basis in the local gym three to four times a week and have since 1990. But more than that I have become close friends with he and his family. I know his wife Colleen and his two daughters Jordan and Giana since they were young.

I can attest not only to John's personal moral character but also his professionalism as most people who know him can. He has served his Local (157 NY) and its members in many capacities over the years and represented many a hard blue collar worker in pressing issues. He puts his work ethic at times even above his wife and children who I know he loves and cherishes dearly.

On a more personal note, John extends his efforts outside of work by helping friends and family with his contractor knowledge. I know he has helped me on many occasion do personal work on his own time free of charge to my home in Nutley and as a single homeowner I could not have done it without him. He is the first to offer help with anything anyone needs.

I also must give insight on one thing most would not know, and that is that he has a huge respect for the Law, Officers of the law and the Court he is in today. I have to tell you that I am a Sergeant with the Belleville Police Department in NJ. We are a very busy town, and I have been in patrol on the streets for 14 years now. I have a good judge of character and moral aptitude and recognize good people. I have also been involved in two shootings, one in which I had to take another man's life. I tell you this because a low point in my life followed after, for a few years. John DeFalco spent countless days in my living room with me talking me through the lowest points in my career and honestly my life. I thank God every day that he was there and I can say that I owe my present quality of life and professional career to his selfless acts and kind heartedness that IS John DeFalco.

In closing I would like to thank you for taking the time to read this letter. I am hoping that you take some of these personal matters, some of which I have not even spoken to anyone ever about, into consideration when determining your case on the charges facing John. He is embarrassed over this whole situation and looking to put it all behind him and move forward with his wife and children.

I would also like to say that I am available your Honor to confirm the facts in this letter via phone or email.

Respectfully Submitted,
Angelo S. Quinn

# EXHIBIT G

Dawn Tonner
36 New Lawn Ave
Kearny, NJ 07032

August 29, 2022

RE: John DeFalco

To: The Honorable Judge Paul A. Crotty,

My name is Dawn Tonner and I am currently employed as an Executive Assistant for the Federal Bureau of Investigation for over 30 years. I am proud to offer my recommendation for John DeFalco to whom I have had the pleasure of knowing him and his family for over 40 years. I hope you will take this letter into consideration when making your decision.

During the years of knowing John, I have experienced an individual who shows up earlier than expected, works extremely hard to support his family and carries himself in a polite, respectable manner. John is a family man and is an exceptional parent to both his daughters. John and his sister Dena are extremely close and both take care of their 77 year old mother. Dena is in dire need of John's assistance with helping with their mother as Dena is a mother herself. I know John is really upset and sorry about what he has done. I can confirm that in all the time that I have known John, he has been reliable, trustworthy and a good person and has always had morality in his actions. Certainly John has made mistakes in life but I can assure you that he is extremely sorry for having committed these crimes.

Please feel free to contact me if you have any further questions.

Respectfully yours,

Dawn Tonner

# EXHIBIT H

Hon. Paul A. Crotty
United States District Judge
500 Pearl St.
New York, New York 10007

Re: John Defalco
August 26, 2022

Honorable Paul A. Crotty

My name is Peter Leone I have been a resident of Bloomfield, New
Jersey for nearly 40 years.
My professional career included former Vice President of one of the
largest malpractice companies, COO of a start-up malpractice company
and President/Owner of my own Agency, Edge Professional Liability
Services.
My entire career was based on integrity and fiduciary obligation to my
insured/client physicians.

I have known John Defalco for nearly 30 years.  We started out as
"gym" buddies and became very close friends over those years. I am
nearly 20 years older than John and have become a father-like figure.
John would routinely confide in me his life's goals.
They are simple, he admired integrity and loyalty, and wanted the best
opportunity for his two daughters.

His daughters Gianni and Jordyn have grown to be very successful and
respectful young women. One is completing her education in
rehabilitative medicine while the other is attending John Jay College.
Their success is directly attributed to the parenting of John and his wife.

John is a builder, he possesses amazing abilities to see a problem and
formulate a solution.
John has performed several major home renovations for me and several
of my friends and family.
John ran the projects with respect of the house and the family, and his
"crew" respected him. John treated his workers far better than industry
norms. These were exclusively foreign-born workers who to a man
adored John. One loyal worker was from Algeria, John treated him like
family providing steady employment and when needed a place to live.

John would respond to any construction issues normally within minutes
and make the necessary corrections within days.
My wife and I have been in John and his wife's company on numerous
occasions, I trust him implicitly.
You will not find a more loving and adoring husband and father. Please
contact me regarding the content of this letter.

Peter Leone
President
Edge Professional Liability Services
49 Clubb St
Bloomfield NJ 07003
973-652-4522 (c)

peterleone@edgepro.net

# EXHIBIT I

August 31, 2022

Honorable Judge Paul A. Croty

Daniel Patrick Moynihan
United States Courthouse, 14-C
500 Pearl St.
New York, NY 10007-1312

Re: John Defalco

Your Honor:

I have been requested to draft a letter to you concerning my long relationship with John
Defalco.

I first met John Defalco in the 6th grade when we were both competing in Little League Baseball.
We bonded from the start. John DeFalco as a kid loved sports and we both competed in
football and baseball. He comes from a good family. I remember being invited to his home
many times with his grandmother in attendance (she was disabled) as she was living within the
home at that time. His grandmother would frequently advise John and I to be careful when we
were out of the residence. She frequently gave us positive advice. She is now deceased. John's
father has also passed away. John's present family consists of his Mother Judy and a sister,
Dina.

After I completed High School, I joined the United States Nany and proudly served for 4 years,
so I am a veteran. While in the Navy, I would maintain contact with John Defalco. John always
maintained a job after high school. His Father, prior to his death had assisted John in obtaining
a job with the Carpenters union in New Jersey. Later, John worked at the Carpenters union in
New York for over 20 years I believe.

John Defalco was married and has 2 beautiful teenage daughters. His oldest daughter has one year let of college while his youngest daughter graduated from high school last year and began college in 2022. John has always been extremely supportive of both of his daughters and believes attendance at college and obtaining a degree is necessary for each of his daughters to have a successful career in the future.

Personally, following my military career, I began a career in law enforcement becoming a police officer in the town I grew up in protecting and serving the residents of this community. I remained there in this capacity for the next seven (7) years. When I departed the Police Department, I accepted a position with the United States Drug Enforcement Administration (US DEA) and remained with the DEA until I retired twenty three (23) years later.

During the course of my career with the DEA, I traveled extensively and lived and worked in the states of Florida, Maryland and California. Throughout this time, I always maintained contact with John Defalco and would enjoy family gatherings with him and his family. He always seemed to strongly care about his work as a Carpenter and later as a local union official. More significantly, he seemed to genuinely care about the Carpenter union members. I recall listening to his enthusiasm over trying to better the lives of the union members and support all of the union workers through working on various union boards and making it a better place for all of the union members to work.

John Defalco also volunteered to advance the charitable efforts of the union to provide support to those less fortunate in the community. He also was involved through the years in officiating at sporting events like baseball and coaching young children throughout the state of New Jersey, while also holding down a full time job through the Carpenters union. He is a very talented carpenter and works long hours both for his employer during the week and for New Jersey residents on the weekend to provide for his family, especially his daughters.

Your Honor, over the years I have met a lot of people in all parts of the world. John Defalco has always been there for me as a life-long friend. He has always been there to assist me or to simply give me a hand or provide comfort to me when I personally needed a friend. As a result of this life long relationship which I have been fortunate enough to share with John Defalco, I will always acknowledge him in a very positive way.

In conclusion, although as a former law enforcement officer I cannot condone the actions that gave rise to his current dilemma that brings him before the Court; there is far more good that he engaged in to better the lives of the union members and keep them employed than anyone might conceivably imagine. His good works involving members from his local union and other

local unions should be weighed against the conduct that brings him before this Honorable Court in fashioning an appropriate sentence.

Respectfully submitted,


David Rodriguez

# EXHIBIT J

Hon.Paul A.Crotty
United States District Judge
500 Pearl Street
New York,New York 10007

My name is Gianna DeFalco. I am John DeFalco's youngest daughter. In recognition of my father John adhering to every stage of his case, I can confirm that my father will be appearing in front of Judge Crotty due to criminal convictions. As a second-year student at John Jay College of Criminal Justice, I have been educated to be a fierce advocate for justice learning about those who truly belong incarcerated. From the day I was born my father has done nothing less than show kindness and love to his family and neighbors. My father John has spent the last three decades working hard to support his family to one day see us graduate in both medical and criminal justice fields. Whether I or my sister had a school event or sports competition my father was there to support and watch us accomplish our goals. To truly get to know the real version of my father outside of the court he is a man who stands with integrity and values his relationship with family and friends. While my father is a hard worker, in his spare time he is always excited to show love and take care of our family dogs who have become inseparable from him. During the time frame of the COVID-19 pandemic, my father along with my mother found several animals in need throughout communities in both New York and New Jersey fostering and finding them loving homes. After being informed of my father's convictions where I was taken back. My father may reflect skills in architecture but does not know how to simply send something as simple as an email. As my goal in life is to work for the federal government my father has supported and influenced me to strive for my goals along the way. If it were not for my father I would not be studying at the Top college for criminal justice in the country and I am forever grateful for his devotion to my academic excellence. Now that you may have reviewed the

discovery which may hold factors of what my father may have done it makes you think this man truly sounds like a criminal. From both psychological behavior and nineteen years of being raised by John DeFalco, he is a good honest man, not a criminal. While being an optimist I hope as I grow in my life and career he can continue to stand behind and support me.

Thank you.

# EXHIBIT K

Hon. Paul A. Crotty
United States District Judge
500 Pearl Street
New York, NY 10007

Dear Your Honor Crotty,

My name is Bernard John Joaquin and I am the brother-in-law of John DeFalco.  Although I am family and this might make me slightly biased, I still feel I am a good judge of character to be considered a fair reference.  I am currently employed by the Newark Star Ledger for the past 30 years.  I am well aware of the crime John has committed, as I put my house up for bail, and I am in total disbelief.  This incident is totally out of his character.  John is a kind, generous and loyal man who comes from a strong family.  Our family has always believed in hard work, integrity and goodwill toward others.  John is well respected and liked by all.  John is the godfather of my third born child, Gianni, and is very much involved in Gianni's life.  John loves both of his children very much.  I always considered John more like a brother to me.  I am confident that this will remain a one off incident for John from which he will learn lessons that he will use from here onwards.  I hope you can look into this matter and consider this character letter before you make a decision.

Respectfully submitted,

Bernard Joaquin

# EXHIBIT L

Judith DeFalco
Passaic Ave
Kearny, NJ

August 29, 2022

RE: John DeFalco

To: The Honorable Judge Paul A. Crotty,

My name is Judith DeFalco, I work for Kearny board of Education for twenty two (22) years as a paraprofessional with a two year degree in Early Child Development. Working with children is a privilege to me.

I'm writing in reference for my son, John DeFalco. John is a decent person, caring and a hard worker. Even when he is sick he never misses a day of work. I am so devastated about this situation that John has gotten himself into. This is completely out of his character.

As a parent, my husband and I always disciplined, and directed our children to be honest, respectful and caring. If my husband was alive today he would be so distraught and devastated about this situation.

Here are some attributes about my son John. For twenty two (22) years his grandmother lived with us. She was confined to a wheel chair stricken with multiple sclerosis. Everyday John would literally pickup his grandmother, and transfer her in and out of wheel chair for me. My husband had heart problems, and I was unable to lift her. His grandmother adored him, and loved his unconditionally.

After my husband passed away, he took over where his father left off. John was always there for me making sure I was taking care of especially when I had breast cancer.

John has two (2) beautiful daughter, Jordyn and Gianna. We are so proud of. Jordyn is now attending Sacred Heart University and is majoring in Physical Therapy. Gianna is attending John Jay College of Criminal Justice. They both are doing great in school with excellent grades and have gotten some scholarships. John loves his girls unconditionally and he is working so hard to put them through college. He is a great father to them. They are also devastated by this situation.

The fact is his ex-wife put all the responsibilities on him. When John asked her to get some financial assistance she completely refused and ignored him. Never supported him in any way. Pressured him to no avail.

Your honor, I need my son desperately and I love him with all my heart. He was always a good boy and never gave me a problem. As a mother, I pray to God that you can resolve this problem in this situation.

Respectfully yours,

Judith DeFalco

# EXHIBIT M

Dena DeFalco-Joaquin
49 Markham Drive
Long Valley, NJ

August 29, 2022

RE: John DeFalco

To: The Honorable Judge Paul A. Crotty,

My name is Dena Ann DeFalco-Joaquin. I am the sister of John DeFalco. I would first like to thank you for giving me the opportunity to express my upmost feelings about John's current situation. This situation is literally tearing my family apart.

My family is devastated and heartbroken over some of these bad decisions that my brother John had chosen to make. I know and I feel in my heart that this was a huge mistake John made and he genuinely feels the same way. Growing up with my brother we had a lot of love and support from our parents. Our parents were extremely strict. My father was very old school always making sure that his children were okay, food was on the table and most importantly sitting down to dinner every night as a family. He taught us to be honest and respectful individuals and to never make the same mistake twice. My father would be devastated if he was here with us today to know John put himself in this terrible situation.

John was married for approximately 22 years to a woman named Colleen. Colleen is a very demanding and has forced John to do things that has now put him in this predicament. But like any other mother, she only wants the best for their children. Colleen's behavior and the way she speaks to John is unacceptable. To hear her belittle him in front of our family truly disgusts me. But after all, it is John's decision not mine. After a year apart, John decided to go back to Colleen for the sake of the children and to co-parent. He really needed to be part of their lives. She was extremely bitter and was trying to turn their daughters against him and the rest of our family so John thought going back to her would help resolve this. Do I blame Colleen? No, not at all but her mental abuse toward John definitely contributed to his poor decisions. I'm not trying to make excuses for John, he is a grown man, and was raised to know the difference between what is right and wrong but I believe he was persuaded to do things even though there were repercussions.

John is a terrific father to both his daughter's Jordyn & Gianna. He is an amazing brother, son and uncle to my son Gianni who absolutely adores him. John works extremely hard and rarely misses a day of work. John is involved tremendously in both his daughter's lives and loves them very much. They both would be so hurt if their father missed their graduation this June 2023.

Your Honor, I am praying so hard that you will consider to punish my brother for his mistakes in a much different way besides jail time. John not being around to help assist me with our 77 year old mother would break her heart.

Respectfully yours.


Dena Ann DeFalco-Joaquin

# EXHIBIT N

Hon. Paul A. Crotty
United States District Judge
500 Pearl Street
New York, New York 10007


Your Honor, my name is Marc Rodriguez I have been in the carpenters union since
1984 . I retired with a disability pension because of pulmonary fibrosis in  2007. I
met John in 2002 working side by side for Donaldson construction, we became
friends and remained friends even after I left Donaldson. I have seen John go out
of his way to help fellow union members many times. When I became disabled he
offered to help me do work around my house. IE, open and close my pool, clean
my gutters and help with my leaves. John lives around one hour and forty five
minutes from me.  This is who he is: a man who is always willing to help with no
strings attached. He was always concerned about how my breathing is doing. I
realize and am aware of the charges and conviction against John, I was very
troubled and saddened that this isn't the John DeFalco I know.  The last several
years have been very hard on John and his family.
Respectfully yours
Marc Rodriguez.

# EXHIBIT O

To Honorable Paul A. Crotty                                    September 2022

500 Pearl Street

New York, NY


Dear Judge Crotty,

My name is Robert Dykeman and I am the owner of Oakstone Construction Company located  in

Point Pleasant, New Jersey.

I am writing this letter in support of John DeFalco.

On the job, I came to admire John's attention to detail.  I have shared in the supervision of two custom homes, three additions and dozens of smaller projects over the years, having always finished on schedule and new failing an inspection.

On a personal note, I have recently been diagnosed with cancer and I am near the end of chemotherapy and radiation treatments.

John has been there for my family and I since the beginning.  He has helped me financially and mentally,

Always lifting my spirits during this difficult time.

I cannot say enough about this John's character.

He is a good man and he is my friend.


Sincerely,

Robert Dykeman

Oakstone Construction

# EXHIBIT P



www.njoutboards.com

August 26, 2022

To whom it may concern,

I have known John DeFalco both personally and professionally for ten years. John has performed work at my boat dealership numerous times and most recently in 2020 when we were installing boat racks. He has also done numerous projects at my home and installed a handicapped ramp at my disabled son's home.

John has always been dependable, responsible and very professional on a business level. On a personal level John is a good friend, very loyal and a family man.

If you need anything further please do not hesitate to contact me.

Sincerely,

Paul Gioe

(732) 245-3998

732-505-3002
105 Route 9 Bayville, New Jersey 08721 • Fax 732-505-6772

# EXHIBIT Q

Joseph Lauer Jr
51 Corncrib Lane
Levittown NY  11756

September 24, 2022

Hon.Paul A. Crotty
United States District Judge
500 Pearl Street
New York, New York 1007

Re: John De Falco

Dear Honorable Judge Crotty,

      My name is Joseph Lauer Jr I'm a 40-year member of the New York City District
Council of Carpenters local 157. I'm writing you on behalf of my friend John Defalco I've
known John for over 20 years I understand he's coming before you to face some serious offenses
that were committed by him and others. I just want you to know that I had a great working
experience with John he took pride in his work and the companies that he worked for and ran for
work for within the Union organization. He's helped an awful lot of our membership out to
obtain employment when things were bad and needed to get their hours in for medical coverage
for themselves and their families me being included.

      He's been a great husband and father to his children. John has and still is a productive
person in society and does still give a lot back. I ask that you consider the other side of John
when you make your decision regarding sentencing him.

Best Regards,
Joseph Lauer Jr

# EXHIBIT R

George LaMontagne
670 West Beach Street
Long Beach, New York 11561

August 29, 2022

Hon. Paul A. Crotty
United States District Judge
500 Pearl Street
New York, NY 10007

RE:  Character Reference for John DeFalco

Dear Your Honor Crotty,

My name is George La Montagne and I am writing to you on behalf of John DeFalco.  I am a retired Shop
Steward from Local 157 with 2 years' experience in the union.  I am aware that John has been convicted
of serious crimes and will appear before you for sentencing.

John and I met through our involvement in Local 157 monthly meetings and union events.  My
experience with John on a professional level was always positive.  John was a strong mentor to younger
carpenter apprentices and a loyal friend to seasoned union members.  John was always the first to office
advice and lend a helping hand to any member in need of work or guidance.

Often on job sites the young apprentices do not get the training they need from seasoned veterans and
instead are relegated to sweep and get coffee.  John took the time to teach new members the skills they
needed to succeed in this business.  Large construction sites can be intimidating to new members and I
will be forever grateful to John for teaching my son Kevin when he was working with John.  In my
personal interactions with John as the Vice President of Local 157 he was always professional and put
the needs of the members above his own.

I believe John made a mistake and hope that his years of being a strong union leader and a great family
man will be taken into your consideration.


Sincerely,


George LaMontagne

# EXHIBIT S



5 Westchester Plaza Suite 137
Elmsford, NY 10523
(914) 674-4091 Fax (914) 674-4094

August 31, 2022

**To:**   Honorable Paul A. Crotty
United States District Judge
500 Pearl Street
New York, NY  10007-1312

**Re:**   John De Falco

Dear Honorable Judge Paul Crotty,

As per my inquiry in our search for a new Carpenter, John Di Falco came highly recommended to me.

Since his arrival to the company in August of 2019, John has always been a reliable, and able body employee, with an excellent work ethic. He is typically on site prior to the commencement of the work day. I have never received a bad report or know of any negative issues caused by Mr. De Falco. I have received numerous compliments from my clients as to how courteous and well mannered he is in the presence of our clients. We have received nothing but good feed back from our Job Superintendent about the quality of his work.

During the riots in New York City in 2020, Dolphin Construction was called upon to perform Emergency Board-Ups for our clients inclusive of Financial Institutions and High-Profile Retail Outlets. Mr. De Falco immediately made himself available and worked around the clock for many days. He would only go home to rest, but return a few hours later to continue the emergency work.

Mr. De Falco demonstrated leadership skills and compassion for his co-workers as he had taken some of our younger workers under his wing who were nervous and overwhelmed about the rioters as they were jumping up and down on our vehicles and threating actions of harm to the men. Mr. De Falco helped them to calm down and kept them focused on their work to complete their tasks and get them through a tough time.

He continues to work with the same responsibility and ethics as he did the day he was hired and has become a valuable asset to the company and someone we can rely on.

Sincerely,

Edward Fathan   ·
Principal/Owner