# SPIVAK LIPTON LLP

ATTORNEYS AT LAW

1040 Avenue of the Americas
New York, NY 10018
T 212.765.2100
F 212.765.8954
spivaklipton.com

September 28, 2022

**BY THE OFFICE OF THE US ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK UNDER THE COURT'S INDIVIDUAL PRACTICES RULE # 6F**
Hon. Paul A. Crotty
United States District Court
500 Pearl Street, Chambers 1350
New York, NY 10007

Re:   *United States v. John "Cigars" DeFalco,* 19-CR-00472 (PAC)

Dear Judge Crotty:

  This firm represents the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America (the "District Council").  The District Council and its affiliated Local Union No. 157 ("Local 157") are victims of the Defendant John "Cigars" DeFalco's criminal conduct.  This letter is to present the District Council's and Local 157's requests for an award of restitution against the Defendant DeFalco under 18 USC § 3663A(b)(4).

  We note that DeFalco is already jointly and severally liable restitution to the District Council and another affiliated Local Union (Local 926) against co-defendant Salvatore "Sal" Tagliaferro in *United States v. Salvatore Tagliaferro*, 19-CR-00472 (PAC), Judgment in a Criminal Case at 7, filed Sept. 9, 2021, ECF Dkt. 188, and Order of Restitution at 2, filed Sept. 14, 2021, ECF Dkt. 191, in the amount of $145,065.33.

  In summary, the requests here include the following:

The District Council:

| | |
|---|---:|
| Twenty percent (20%) of Stipends and related paid to Defendant DeFalco  (January 2018-June 2019): | $ 320.00 |

Local 157:

| | |
|---|---:|
| Twenty percent (20%) of Stipends paid to Defendant DeFalco as Vice President of Local 157 (January 2018-June 2019: | $2,828.46 |
| GRAND TOTAL: | $3,148.46 |

  The background details and documentation for the requests for restitution are described below and in the annexed exhibits.

**SPIVAK LIPTON**LLP
ATTORNEYS AT LAW

Hon. Paul A. Crotty
September 28, 2022
Page 2

<u>The District Council</u>

Stipends Paid to Defendant DeFalco as a Delegate to the District Council's
<u>Delegate Body During the Relevant Period of January 2018 through June 2019</u>

    Defendant was a delegate from Local 157 to the District Council Delegate Body during the time of his scheme encompassing January 2018 through June 2019. In that capacity, he received stipends from the District Council. The total compensation was $1,600.00. Annexed to this letter as Exhibit A is a schedule showing the District Council's payments to the Defendant.

    The District Council is seeking as restitution an amount equal to twenty percent (20%) of the total of those paid stipends: $320.00. That amount is consistent with percentage amounts awarded in <u>United States v. Ebrahim</u>, 2013 U.S. Dist. LEXIS 72072 at 6-7, 2013 WL 2216580 (SDNY 2013); <u>United States v. Skowron</u>, 839 F.Supp. 2d 740, 749-52 (SDNY 2012.

<u>Local 157</u>

Stipends Paid by Local 157 During the Relevant Period January 2018 through
June 2019 to Defendant in His Status as Vice President of Local 157 for Attending
Local 157 Executive Committee Meetings, as a Local 157 Delegate Attending
<u>Meetings of the District Council, and for Attending other Local 157 Sanctioned Conferences</u>

    During the relevant time period of Defendants' scheme (January 2018 through June 2919), Local 157 paid Defendant DeFalco stipends because of his status as Vice President of Local 157, for attending Local 157 executive committee meetings, and as a Delegate to the District Council's Delegate Body. Local 157 also paid Defendant during the relevant time period for attending various conferences and meetings sanctioned by Local 157. The Local 157 payroll records showing these payments are collectively annexed in Exhibit B. These payments were in addition to or in lieu of separate stipends paid by the District Council. The payments as expenses incurred by Local 157 totaled $14,142.32. As with the District Council's claim for restitution of Defendant's stipends, Local 157 is seeking restitution at twenty percent (20%): $2,828.46.

                                        Respectfully submitted,

                                        SPIVAK LIPTON LLP
                                        Attorneys for the District Council
                                        of New York City and Vicinity
                                        of the United Brotherhood of Carpenters
                                        and Joiners of America

                                        BY: <u>     /s/ James M. Murphy     </u>
                                                   James M. Murphy

Annexed Exhibits A and B

SPIVAK LIPTON<sub>LLP</sub>

ATTORNEYS AT LAW

Hon. Paul A. Crotty
September 28, 2022
Page 3

cc: **BY THE OFFICE OF THE UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
UNDER THE COURT'S INDIVIDUAL PRACTICES RULE # 6F**
Jeffrey Harris Lichtman, Esq.
Attorney for Defendant John DeFalco
Law Offices of Jeffrey Lichtman
11 E 44th Street, Ste. 501
New York, NY 10017

Jeffrey Benson Einhorn, Esq.
Attorney for Defendant John DeFalco
Law Offices of Jeffrey Lichtman
11 E. 44th Street, Ste. 501
New York, NY 10017


**BY EMAIL**
Thomas McKay, Esq.
Assistant United States Attorney
Criminal Division
U.S. Attorney's Office
1 St. Andrew's Plaza
New York, NY 10007
212-637-2268

Jarrod Lee Schaeffer, Esq.
Assistant United States Attorney
Criminal Division
United States Attorney's Office,
1 St. Andrew's Plaza
New York, NY 10007
212-637-2200

# EXHIBIT A

# New York City & Vicinity District Council of Carpenters

## John DeFalco Stipends 2018-2019

### Employee ID NYCDC00000255

| Check Date | Check Number | 2018 | 2019 |
|---|---|---|---|
| 1/26/2018 | 2607 | $100.00 | |
| 3/30/2018 | 2815 | $100.00 | |
| 4/27/2018 | 2907 | $100.00 | |
| 5/25/2018 | 2985 | $100.00 | |
| 6/29/2018 | 3075 | $100.00 | |
| 7/27/2018 | 3163 | $100.00 | |
| 8/31/2018 | 3257 | $100.00 | |
| 9/28/2018 | 3343 | $100.00 | |
| 10/26/2018 | 3422 | $100.00 | |
| 11/30/2018 | 3525 | $100.00 | |
| 12/21/2018 | 3603 | $100.00 | |
| 1/25/2019 | 3685 | | $100.00 |
| 3/1/2019 | 3759 | | $100.00 |
| 3/29/2019 | 3829 | | $100.00 |
| 4/26/2019 | 3887 | | $100.00 |
| 5/31/2019 | 3941 | | $100.00 |
| **Subtotal** | | **$1,100.00** | **$500.00** |

| | |
|---|---|
| **Total 2018-2019** | **$1,600.00** |

# EXHIBIT B

# Local 157

| Company: United Brotherhood | Report: Payroll Summary | | | Check Dates From: 1/3/2018 - To: 12/31/2019 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
| 1/3/2018 | DeFalco, John | - | 75.00 | 5.74 | - | 69.26 | DD | 7.17 | 82.17 |
| 1/12/2018 | DeFalco, John | - | 175.00 | 13.39 | - | 161.61 | DD | 16.72 | 191.72 |
| 1/19/2018 | DeFalco, John | - | 175.00 | 13.38 | - | 161.62 | DD | 16.72 | 191.72 |
| 2/20/2018 | DeFalco, John | - | 350.00 | 26.78 | - | 323.22 | DD | 33.43 | 383.43 |
| 3/1/2018 | DeFalco, John | - | 175.00 | 13.39 | - | 161.61 | DD | 16.72 | 191.72 |
| 3/9/2018 | DeFalco, John | - | 175.00 | 13.38 | - | 161.62 | DD | 16.72 | 191.72 |
| 3/16/2018 | DeFalco, John | - | 250.00 | 19.13 | - | 230.87 | DD | 22.88 | 272.88 |
| 3/27/2018 | DeFalco, John | - | 175.00 | 13.39 | - | 161.61 | DD | 16.02 | 191.02 |
| 4/2/2018 | DeFalco, John | - | 900.00 | 75.02 | - | 824.98 | DD | 82.35 | 982.35 |
| 4/13/2018 | DeFalco, John | - | 425.00 | 32.51 | - | 392.49 | DD | 38.89 | 463.89 |
| 4/20/2018 | DeFalco, John | - | 325.00 | 24.86 | - | 300.14 | DD | 29.74 | 354.74 |
| 5/7/2018 | DeFalco, John | - | 900.00 | 75.02 | - | 824.98 | DD | 82.35 | 982.35 |
| 5/11/2018 | DeFalco, John | - | 250.00 | 19.13 | - | 230.87 | DD | 22.88 | 272.88 |
| 5/18/2018 | DeFalco, John | - | 325.00 | 24.86 | - | 300.14 | DD | 29.74 | 354.74 |
| 6/4/2018 | DeFalco, John | - | 900.00 | 75.02 | - | 824.98 | DD | 82.35 | 982.35 |
| 6/15/2018 | DeFalco, John | - | 250.00 | 19.12 | - | 230.88 | DD | 22.88 | 272.88 |
| 6/22/2018 | DeFalco, John | - | 325.00 | 24.87 | - | 300.13 | DD | 29.74 | 354.74 |
| 7/2/2018 | DeFalco, John | - | 900.00 | 75.02 | - | 824.98 | DD | 82.05 | 982.05 |
| 7/16/2018 | DeFalco, John | - | 250.00 | 19.12 | - | 230.88 | DD | 21.38 | 271.38 |
| 7/20/2018 | DeFalco, John | - | 175.00 | 13.39 | - | 161.61 | DD | 14.97 | 189.97 |
| 8/1/2018 | DeFalco, John | - | 900.00 | 75.02 | - | 824.98 | DD | 76.95 | 976.95 |
| 8/10/2018 | DeFalco, John | - | 250.00 | 19.12 | - | 230.88 | DD | 21.38 | 271.38 |
| 8/17/2018 | DeFalco, John | - | 175.00 | 13.39 | - | 161.61 | DD | 14.97 | 189.97 |
| 9/14/2018 | DeFalco, John | - | 250.00 | 19.13 | - | 230.87 | DD | 21.38 | 271.38 |
| 9/21/2018 | DeFalco, John | - | 175.00 | 13.38 | - | 161.62 | DD | 14.97 | 189.97 |
| 10/16/2018 | DeFalco, John | - | 250.00 | 19.13 | - | 230.87 | DD | 21.38 | 271.38 |
| 10/19/2018 | DeFalco, John | - | 175.00 | 13.39 | - | 161.61 | DD | 14.97 | 189.97 |
| 11/9/2018 | DeFalco, John | - | 175.00 | 13.38 | - | 161.62 | DD | 14.97 | 189.97 |
| 11/16/2018 | DeFalco, John | - | 250.00 | 19.13 | - | 230.87 | DD | 21.38 | 271.38 |
| 12/7/2018 | DeFalco, John | - | 175.00 | 13.39 | - | 161.61 | DD | 14.97 | 189.97 |

| Company: United Brotherhood | Report: Payroll Summary | | | | Check Dates From: 1/3/2018 - To: 12/31/2019 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
| 12/18/2018 | DeFalco, John | - | 250.00 | 19.12 | - | 230.88 | DD | 21.38 | 271.38 |
| 1/16/2019 | DeFalco, John | - | 250.00 | 19.13 | - | 230.87 | DD | 22.88 | 272.88 |
| 1/18/2019 | DeFalco, John | - | 175.00 | 13.38 | - | 161.62 | DD | 16.02 | 191.02 |
| 2/14/2019 | DeFalco, John | - | 250.00 | 19.13 | - | 230.87 | DD | 22.88 | 272.88 |
| 2/22/2019 | DeFalco, John | - | 175.00 | 13.39 | - | 161.61 | DD | 16.02 | 191.02 |
| 3/15/2019 | DeFalco, John | - | 250.00 | 19.12 | - | 230.88 | DD | 22.88 | 272.88 |
| 3/22/2019 | DeFalco, John | - | 175.00 | 13.39 | - | 161.61 | DD | 16.02 | 191.02 |
| 4/16/2019 | DeFalco, John | - | 250.00 | 19.12 | - | 230.88 | DD | 22.13 | 272.13 |
| 4/23/2019 | DeFalco, John | - | 175.00 | 13.39 | - | 161.61 | DD | 15.49 | 190.49 |
| 5/10/2019 | DeFalco, John | - | 250.00 | 19.13 | - | 230.87 | DD | 22.13 | 272.13 |
| 5/17/2019 | DeFalco, John | - | 175.00 | 13.38 | - | 161.62 | DD | 15.49 | 190.49 |
| 6/14/2019 | DeFalco, John | - | 175.00 | 13.39 | - | 161.61 | DD | 15.49 | 190.49 |
| 6/21/2019 | DeFalco, John | - | 175.00 | 13.39 | - | 161.61 | DD | 15.49 | 190.49 |
| Pay Frequency Totals | | | - | 12,975.00 | 1,023.44 | - | 11,951.56 | - | 1,167.32 | 14,142.32 |
| Company Totals: | | | - | 12,975.00 | 1,023.44 | - | 11,951.56 | - | 1,167.32 | 14,142.32 |