LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

October 18, 2022

*[Handwritten note: 10/18/22 — Pretrial Services is directed to return Mr. DeFalco's passport. So ordered. Paul Crotty, USDJ]*

**BY ECF**
Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Tagliaferro, et al.</u>, 19 CR 472 (PAC)

Dear Judge Crotty:

I am writing on behalf of defendant John DeFalco to respectfully request an order permitting Pretrial Services to return the defendant's passport to him, now that his criminal case has concluded and he has been sentenced to time served and a period of three years supervised release. The government, by AUSA Thomas McKay, has no objection to this request.

Thank you for the Court's consideration on this application. I remain available for a teleconference on the matter should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: Thomas McKay, Esq
Assistant United States Attorney (by ECF)

Pretrial Services (by email)