| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:19-CR- 0472-2 (PAC) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: John F Defalco | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Paul A. Crotty | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/4/2022 | TO 10/3/2025 |

**OFFENSE**

Count 1: Conspiracy, in violation of 18 USC 371, a Class D Felony. Count 2: Conversion of Union Assets, in violation of 29 USC 501 (c), 18 USC 2, a Class D Felony. Count 3: Honest Services Wire Fraud, in violation of 18 USC 1343, 1346, and 2, a Class C Felony. Count 4: Witness Tampering, in violation of 18 USC 1512(b)(1) and 2, a Class C Felony. Count 5: Obstruction of Justice, in violation of 18 USC 1512(b)(2)(A) and 2, a Class C Felony. Count 6: False Statements, in violation of 18 USC 1001, a Class D Felony. Count 7: Distribution of Oxycodone, in violation of 21 USC 812, 841 (a)(1), and (b)(1)(C), a Class C Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court. *

| 2/23/2023 | *[signature: Paul A. Crotty]* |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| Effective Date | United States District Judge |